IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MICHAEL R. ALFORD                                                              PETITIONER

VS.                                              CIVIL ACTION NO.  5:06cv94DCB-MTP

CONSTANCE REESE, Warden;
DARLENE TYLER, Case Manager; and
FEDERAL BUREAU OF PRISONS                                              RESPONDENTS

JUDGMENT

This matter having come on to be heard on this date upon the Report and Recommendation of the United States Magistrate Judge entered in this cause, and the Court, after a full review of the record, having adopted said Report and Recommendation as the finding of this Court by Order dated this day, finds that respondents' motion to dismiss [17] should be GRANTED and Michael R. Alford's petition for writ of habeas corpus is dismissed with prejudice.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the above captioned cause be, and the same is hereby, dismissed with prejudice.

SO ORDERED this the   26th   day of    July    , 2007

 s/ David Bramlette
UNITED STATES DISTRICT JUDGE